| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Pauline Neil<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8346<br>EIN: __–_____ | |
| **Debtor 2:**<br>(Spouse, if filing) First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court:   Northern District of Illinois | Date case filed for chapter:   7   8/16/24 | |
| Case number:   24–11954 | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Pauline Neil | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 125 Callan Ave Apt 1W<br>Evanston, IL 60202 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David P Leibowitz ESQ<br>Law Offices of David P Leibowitz LLC<br>3478 N. Broadway – Unit 234<br>Chicago, IL 60657–6968 | Contact phone 312–662–5750<br>Email: dleibowitz@lodpl.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 8/19/24 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 2, 2024 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 839 802 6639, and Passcode 8540408143, OR call 1–872–201–2451**<br><br>For additional meeting information, go to www.justice.gov/ust/moc . |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/2/24** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              page **2**

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 24-11954-DDC
Pauline Neil  Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 3
Date Rcvd: Aug 19, 2024      Form ID: 309A      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pauline Neil, 125 Callan Ave Apt 1W, Evanston, IL 60202-3947 |
| 30986448 | + | Astound Broadband, Powered by RCN, 2640 W Bradley Pl, Chicago, IL 60618-4717 |
| 30986450 | + | Brian Long, c/o Michael Pensack Law Office, 4616 N Drake Ave, Chicago, IL 60625-5814 |
| 30986456 | + | City of Evanston, Attn: Bankruptcy, 2100 Ridge Avenue, Evanston, IL 60201-2700 |
| 30986469 | + | Home Choice, Attn: Bankruptcy, 1511 N. Lewis Ave, Waukegan, IL 60085-1759 |
| 30986472 | | KeyBank Prepaid Card Services, Attn: Bankruptcy, P.O. Box 5783, Denver, CO 80217-5783 |
| 30986473 | | Kids Dentist, PC, 160 Commerce Drive, Ste. 100, Grayslake, IL 60030-1603 |
| 30991220 | + | Mike Accetturo, 125 Callan Ave. Apt 1w, Evanston, IL 60202-3947 |
| 30986477 | | New York Life Insurance Company, PO Box 6916, Cleveland, OH 44101-1916 |
| 30986479 | + | Niles West High Schoo, 5701 Oakton St., Skokie, IL 60077-2681 |
| 30986482 | + | PATCHA PUMCHAMNONG, 6123 Lincoln Ave, Morton Grove, IL 60053-2964 |
| 30986483 | | Piedmont, Attn: Bankruptcy, PO Box 100062, Atlanta, GA 30348-0062 |
| 30986485 | | Public Storage, 7300 N Lehigh Ave, Niles, IL 60714-4022 |
| 30986487 | + | Sarna Endodontics, 4905 Old Orchard Ste 308, Skokie, IL 60077-1466 |
| 30986488 | + | Stellar Recovery Inc, PO Box 48370, Jacksonville, FL 32247-8370 |
| 30986491 | + | Village of Round Lake, Attn: Bankruptcy, 442 N. Cedar Lake Road, Round Lake, IL 60073-2802 |
| 30986492 | + | Village of Skokie, PO Box 7642, Carol Stream, IL 60197-7642 |
| 30986493 | + | Village of Stone Park, PO Box 7725, Carol Stream, IL 60197-7725 |
| 30986494 | + | Way2Go Card, Attn: Bankruptcy, PO Box 245997, San Antonio, TX 78224-5997 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cutlerfilings@gmail.com | Aug 19 2024 22:41:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |
| tr | | EDI: FDPLEIBOWITZ.COM | Aug 20 2024 02:28:00 | David P Leibowitz, ESQ, Law Offices of David P Leibowitz LLC, 3478 N. Broadway - Unit 234, Chicago, IL 60657-6968 |
| 30986446 | + | Email/Text: EBNProcessing@afni.com | Aug 19 2024 22:43:00 | Afni, Inc., 1310 Martin Luther King Drive, Bloomington, IL 61701-1465 |
| 30986447 | + | Email/Text: lawmaildistribution@allstate.com | Aug 19 2024 22:42:00 | Allstate Insurance Company, 3100 Sanders Road, Northbrook, IL 60062-7154 |
| 30986449 | + | EDI: BANKAMER | Aug 20 2024 02:28:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 30986451 | ^ | MEBN | Aug 19 2024 22:35:08 | CBCS, Po Box 2589, Columbus, OH 43216-2589 |
| 30986455 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Aug 19 2024 22:42:00 | City of Chicago, Attn: Bankruptcy, 121 N. LaSalle Street, Chicago, IL 60602 |
| 30986464 | | Email/Text: correspondence@credit-control.com | Aug 19 2024 22:42:00 | Credit Control, LLC, Attn: Bankruptcy, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 30986452 | + | EDI: CITICORP | | |

Case 24-11954   Doc 10   Filed 08/21/24   Entered 08/21/24 23:53:18   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: 309A | Total Noticed: 54 |

| | | | |
|---|---|---|---|
| | | Aug 20 2024 02:28:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 30986453 | + EDI: CITICORP | | |
| | | Aug 20 2024 02:28:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 30986454 | + EDI: CITICORP | | |
| | | Aug 20 2024 02:28:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 30986457 | + Email/Text: comedbankruptcygroup@exeloncorp.com | Aug 19 2024 22:43:00 | ComEd, PO Box 6111, Carol Stream, IL 60197-6111 |
| 30986458 | + EDI: WFNNB.COM | Aug 20 2024 02:28:00 | Comenity Bank/Carson, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 30986459 | + EDI: WFNNB.COM | Aug 20 2024 02:28:00 | Comenity Bank/Jared, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 30986460 | + EDI: WFNNB.COM | Aug 20 2024 02:28:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 30986461 | + EDI: WFNNB.COM | Aug 20 2024 02:28:00 | Comenity Capital, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 30986462 | + EDI: CCS.COM | Aug 20 2024 02:28:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 30986463 | + EDI: CCS.COM | Aug 20 2024 02:28:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 30986465 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2024 22:56:24 | Credit One Bank, Attn: Bankruptcy, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 30986475 | EDI: CITICORP | Aug 20 2024 02:28:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 30986466 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 19 2024 22:42:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 30986468 | Email/Text: AdminServices@holliscobb.com | Aug 19 2024 22:41:51 | Hollis Cobb Associates, PO Box 279, Norcross, GA 30091-0279 |
| 30986467 | + EDI: PHINHARRIS | Aug 20 2024 02:28:00 | Harris & Harris, 111 West Jackson Blvd., Suite 400, Chicago, IL 60604-4135 |
| 30986470 | + EDI: LCIICSYSTEM | Aug 20 2024 02:28:00 | I C SYSTEM INC, PO BOX 64378, Saint Paul, MN 55164-0378 |
| 30986495 | Email/Text: rev.bankruptcy@illinois.gov | Aug 19 2024 22:43:00 | Illinois Department of Revenue, PO Box 19035, Springfield, IL 62794-9035 |
| 30986471 | + Email/Text: bankruptcy@getipass.com | Aug 19 2024 22:42:00 | Illinois Tollway, Attn: Bankruptcy, PO Box 5544, Chicago, IL 60680-5491 |
| 30986474 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2024 22:45:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 30986476 | + EDI: MAXMSAIDV | Aug 20 2024 02:28:00 | Navient, Attn: Claims/Bankruptcy, Po Box 9635, Wilkes-Barre, PA 18773-9635 |
| 30986478 | ^ MEBN | Aug 19 2024 22:40:12 | Nicor Gas, PO Box 5407, Carol Stream, IL 60197-5407 |
| 30986480 | + Email/Text: bnc@nordstrom.com | Aug 19 2024 22:42:34 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 30986481 | ^ MEBN | Aug 19 2024 22:40:38 | Northshore University Health Sys., Billing Department, 23056 Network Place, Chicago, IL 60673-1230 |
| 30986483 | ^ MEBN | Aug 19 2024 22:41:16 | Piedmont, Attn: Bankruptcy, PO Box 100062, Atlanta, GA 30348-0062 |

Case 24-11954   Doc 10   Filed 08/21/24   Entered 08/21/24 23:53:18   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0752-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: 309A | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 30986484 | ^ | MEBN | Aug 19 2024 22:38:45 | Portfolio Recovery, c/o Blitt and Gaines, 775 Corporate Parkway, Vernon Hills, IL 60061-3112 |
| 30986486 | + | Email/Text: EBN_Waco@Receivemorermp.com | Aug 19 2024 22:44:00 | RMP Services, LLC, 200 N. New Road, Waco, TX 76710-6932 |
| 30986489 | + | EDI: LCITDAUTO | Aug 20 2024 02:28:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 30986490 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 19 2024 22:43:00 | Transworld Systems, Inc., Attn: Bankruptcy, 500 Virginia Dr. Suite 514, Fort Washington, PA 19034-2733 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David H Cutler | on behalf of Debtor 1 Pauline Neil cutlerfilings@gmail.com r48280@notify.bestcase.com |
| David P Leibowitz, ESQ | dleibowitz@lodpl.com il64@ecfcbis.com;dl@trustesolutions.com;dl@trustesolutions.net;ECF@lodpl.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 3